## SHIRLEY M. SIMMONS v. PETER F. SIMMONS

[No. 117, September Term, 1977.]

*Decided April 6, 1978.*

*Motion for reconsideration filed May 8, 1978; denied May 19, 1978.*

The cause was argued before MURPHY, C. J., and SMITH, DIGGES, LEVINE, ELDRIDGE, ORTH and COLE, JJ.

*William F. Hickey* for appellant.

*Bruce C. Bereano,* with whom were *David L. Hill* and *Keller & Heckman* on the brief, for appellee.

### O R D E R

The petition for writ of certiorari having been granted and heard, it is this <u>sixth</u> day of April, 1978

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed, the petition. having been improvidently granted; costs to be equally divided.